IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| | : | |
| v. | : | CASE NO.: 5:16-CR-32 (LAG) (CHW) |
| | : | |
| RAMIRO BARAJAS, *et al.*, | : | |
| | : | |
| | : | |
| Defendants. | : | |
| | : | |

**ORDER**

Before the Court is the Government's Motion to Dismiss Indictment (Doc. 346). Therein, the Government moves to dismiss the indictment against Defendants Juventino Rodriguez, Cecilio Rodriguez, and Rogelio Rodriguez without prejudice. (*Id.* at 1). Under Federal Rule of Criminal Procedure 48(a), "[t]he government may, with leave of court, dismiss an indictment, information, or complaint." The "leave of court" requirement is "primarily intended to protect the defendant against prosecutorial harassment." *United States v. Hamm*, 659 F.2d 624, 628 (5th Cir. 1981) (en banc); *see also Rinaldi v. United States*, 434 U.S. 22, 30 n.15 (1977). Moreover, "the government is entitled to a presumption of good-faith" in seeking dismissal. *United States v. Dyal*, 868 F.2d 424, 428 (11th Cir. 1989). Here, the Government represents that "to date Juventino Rodriguez, Cecilio Rodriguez, and Rogelio Rodriguez have not been located, arrested, and arraigned on the indictment." (Doc. 346 ¶ 2). The Government further represents that:

> Given the passage of time, [it] believes that should Juventino Rodriguez, Cecilio Rodriguez, and Rogelio Rodriguez be located and brought to face their pending charges, evidentiary issues, namely the ability to locate witnesses and have them recall events at trial, exist that would prevent the Government from proving guilt of these defendants beyond a reasonable doubt.

(*Id.* ¶ 3). Because the Government is not motivated by any improper consideration and presumptively acting in good faith, the Motion (Doc. 346) is **GRANTED**. *Hamm*, 659 F.2d

at 631. Accordingly, pursuant to Rule 48(a), the charges against Defendants Juventino Rodriguez, Cecilio Rodriguez, and Rogelio Rodriguez are **DISMISSED without prejudice**.

**SO ORDERED**, this 5th day of May, 2022.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, JUDGE**
**UNITED STATES DISTRICT COURT**